IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP, *et al.* | Bankruptcy Case No. 01-11657 (PJW) |
| Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>Plaintiff,<br>v.<br><br>Solares & Co., Inc.,<br>Wackenhut Puerto Rico, Inc.<br>Ponce Maintenance Corporation, *et al.*<br>Centennial Puerto Rico Wireless Corporation, *et al.*<br>American Express Travel Related Services Company, Inc.,<br><br>Defendants. | <br><br><br><br><br><br><br><br>Civil Action No. 04-428 SLR<br>Civil Action No. 04-431 SLR<br>Civil Action No. 04-435 SLR<br>Civil Action No. 04-437 SLR<br>Civil Action No. 04-439 SLR |

## NOTICE OF APPROVAL OF SETTLEMENT AGREEMENTS

**PLEASE TAKE NOTICE** that each of the civil actions listed in the caption to this notice has been settled, and a settlement agreement for each has been approved by the United States Bankruptcy Court for the District of Delaware, pursuant to the *Order Approving Settlements of Preference Adversary Proceedings Between Plaintiff Trustee And Various Preference Defendants Solares & Co. Inc.; Wackenhut Puerto Rico, Inc.; Ponce Maintenance Corporation, et al.; Centennial Puerto Rico Wireless Corporation, et al.; and American Express*

*Travel Related Services Company Inc.*, entered on the docket of the United States Bankruptcy Court for the District of Delaware, Case No. 01-11657 (PJW), at Docket No. 1387, filed on February 18, 2005.

| | |
|---|---|
| Dated: June 13, 2005 | PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. |

/s/ *signature*

Laura Davis Jones (Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Counsel to the Plaintiff, Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust