IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP, *et al.* | Bankruptcy Case No. 01-11657 (PJW) |
| HERNAN SERRANO, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>        Plaintiff,<br>v.<br><br>WACKENHUT PUERTO RICO, INC.,<br><br>        Defendant. | Civil Action No. 04-431 SLR |

### NOTICE AND STIPULATION OF
### VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative; and, defendant, Wackenhut Puerto Rico, Inc., hereby stipulate to the voluntary dismissal with prejudice of the *Complaint* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 03-60011) (the "Complaint") in the above-captioned action.

13037-001\DOCS_DE:110465.1

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: August 17, 2005

| | |
|---|---|
| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | HOLLAND & KNIGHT LLP |
| *[signature]* | *[signature]* |
| Laura Davis Jones (Bar No. 2436) | David R. Softness, Esquire |
| Bruce Grohsgal (Bar No. 3583) | 701 Brickell Avenue |
| 919 North Market Street, 16th Floor | Suite 3000 |
| P.O. Box 8705 | Miami, FL 33131 |
| Wilmington, DE 19899-8705 (Courier 19801) | Telephone: (305) 374-8500 |
| Telephone: (302) 652-4100 | Facsimile: (305) 789-7799 |
| Facsimile: (302) 652-4400 | |

Andrew W. Caine (CA Bar No. 110345)
Steven J. Kahn (CA Bar No. 76933)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for Plaintiff, Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust

Counsel for Defendant, Wackenhut Puerto Rico, Inc.